STATE OF CONNECTICUT *v.* JOSE DIAZ

The defendant's petition for certification for appeal from the Appellate Court, 94 Conn. App. 582 (AC 25308), is denied.

*Robert M. Berke,* in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided September 13, 2006

IRENE D. BELLEMARE *v.* WACHOVIA MORTGAGE CORPORATION

The defendant's cross petition for certification for appeal from the Appellate Court, 94 Conn. App. 593 (AC 26067), is denied.

*Thomas A. Kaelin,* in support of the cross petition.

Decided September 13, 2006

IRENE D. BELLEMARE *v.* WACHOVIA MORTGAGE CORPORATION

The plaintiff's petition for certification for appeal from the Appellate Court, 94 Conn. App. 593 (AC 26067), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the plaintiff's claim for damages under General Statutes § 49-8 is barred by the statute of limitations, General Statutes § 52-577?"

The Supreme Court docket number is SC 17726.

*Eddi Z. Zyko,* in support of the petition.

Decided September 13, 2006